1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2724
   Facsimile:  (916) 554-2900
5
6
7  Attorneys for Plaintiff
   United States of America
8

9              IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-0310 CKD |
|---|---|
13 | Plaintiff, | STIPULATION AND ORDER CONTINUING ARRAIGNMENT AND WAIVING TIME |
14 | v. | |
15 | ANDRES GIRALDO, | |
16 | Defendant. | |

17

18     IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the

19 approval of the court, the arraignment in this matter previously scheduled for November 1, 2013, may be

20 continued to December 3, 2013, at 2:00 p.m.

21     IT IS FURTHER STIPULATED that the 30 day time period for indictment set forth in Title 18,

22 United States Code, Section 3161(b) is waived.

23

24 Dated: October 31, 2013                BENJAMIN B. WAGNER
                                          United States Attorney
25

26                                         /s/ R. Steven Lapham
                                          R. STEVEN LAPHAM
27                                        Assistant United States Attorney

28

"[CLICK & Type Pleading name]"                1

Dated:  October 31, 2013

                                          /s/ Kyle R. Knapp
                                          KYLE R. KNAPP
                                          Counsel for Defendant Andres Giraldo

O R D E R

IT IS SO ORDERED.

Dated:  October 31, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Giraldo.13mj.0310.stipo

"[CLICK & Type Pleading name]"

2