BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2724
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-0310 CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING ARRAIGNMENT AND WAIVING TIME |
| v. | |
| ANDRES GIRALDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their respective counsel, that, subject to the approval of the court, the arraignment in this matter previously scheduled for December 3, 2013, at 2:00 p.m. may be continued to January 3, 2014, at 2:00 p.m.

The parties reiterate their previous stipulation that the 30-day time period for indictment set forth in Title 18, United States Code, Section 3161(b) is waived.

Dated: November 22, 2013         BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Michele Beckwith
                                 MICHELE BECKWITH
                                 Assistant United States Attorney

Dated: November 22, 2013

    /s/ Kyle R. Knapp
KYLE R. KNAPP
Counsel for Defendant Andres Giraldo

<u>O</u> <u>R</u> <u>D</u> <u>E</u> <u>R</u>

IT IS SO ORDERED.

Dated: November 22, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE