UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 01, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES GIRALDO,<br><br>Defendant. | Case No. 2:14-cr-00017-LKK<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDRES GIRALDO ,

Case No. 2:14-cr-00017-LKK  Charge 18 USC § 1001 , from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

__X__   (Other): Defendant sentenced to TIME SERVED.

Issued at Sacramento, California on April 01, 2014 at 9:15 am

By: _/s/ Lawrence K. Karlton_
Senior District Judge Lawrence K. Karlton